1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARCH INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS INDEMNITY COMPANY, a Connecticut corporation; TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation; PHOENIX INSURANCE COMPANY, a Connecticut corporation; AMERICAN STATES INSURANCE COMPANY, an Indiana corporation; AMERICAN FIRE AND CASUALTY COMPANY, a New Hampshire corporation; and LIBERTY MUTUAL INSURANCECOMPANY, a Massachusetts corporation,<br><br>Defendants. | No.<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(a)** |

**TO:**       **Clerk of the Court;**
**TO:**       **Arch Insurance Company, and Its Attorneys of Record;**
**AND TO:**   **American States Insurance Company**
**AND TO:**   **American Fire and Casualty Company**
**AND TO:**   **Liberty Mutual Insurance Company**

TRAVELERS' NOTICE OF REMOVAL – 1

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

**NOTICE IS HEREBY GIVEN** that Defendants Travelers Indemnity Company (hereinafter "TIC"), Travelers Indemnity Company of Connecticut (hereinafter "TICOC"), Travelers Casualty Insurance Company of America (hereinafter "TCICA"), and The Phoenix Insurance Company (hereinafter "Phoenix") (collectively, "Travelers"), hereby removes to this Court the State-Court action described below:

## I. THE SUBJECT ACTION

1.      On February 13, 2018, Plaintiff Arch Insurance Company (hereinafter "Arch") filed a Complaint in the Superior Court of Washington for King County, which was assigned Case No. 18-2-04097-3.  A Copy of the Complaint is attached as **Exhibit A** to this Notice.

## II. DIVERSITY OF CITIZENSHIP

2.      Arch is a foreign insurance company organized under the laws of the State of Missouri, with its principal place of business located in the State of New Jersey. Upon information and belief, at all relevant times Arch transacted business in the State of Washington. For purposes of diversity, Arch is a citizen of the States of Missouri and New Jersey.

3.      American Fire and Casualty Company (hereinafter "American Fire") is a foreign insurance company organized under the laws of the State of New Hampshire, with its principal place of business located in the State of Massachusetts. Upon information and belief, at all relevant times American Fire transacted business in the State of Washington. For purposes of diversity, American Fire is a citizen of the States of New Hampshire and Massachusetts.

4.      Liberty Mutual Insurance Company (hereinafter "Liberty Mutual") is a foreign insurance company organized under the laws of the State of Massachusetts, with its principal place of business located in the State of Massachusetts. Upon information and belief, at all

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

relevant times Liberty Mutual transacted business in the State of Washington. For purposes of diversity, Liberty Mutual is a citizen of the State of Massachusetts.

5.      American States Insurance Company (hereinafter "American States") is a foreign insurance company organized under the laws of the State of Indiana, with its principal place of business located in the State of Massachusetts. Upon information and belief, at all relevant times American States transacted business in the State of Washington. For purposes of diversity, American States is a citizen of the States of Indiana and Massachusetts.

6.      TIC is a foreign insurance company organized under the laws of the State of Connecticut, with its principal place of business located in the State of Connecticut.  At all material times hereto, TIC has transacted business in the State of Washington.  For purposes of diversity, TIC is a citizen of the State of Connecticut.

7.      TICOC is a foreign insurance company organized under the laws of the State of Connecticut, with its principal place of business located in the State of Connecticut.  At all material times hereto, TICOC has transacted business in the State of Washington.  For purposes of diversity, TICOC is a citizen of the State of Connecticut.

8.      TCICA is a foreign insurance company organized under the laws of the State of Connecticut, with its principal place of business located in the State of Connecticut.  At all material times hereto, TCICA has transacted business in the State of Washington.  For purposes of diversity, TCICA is a citizen of the State of Connecticut.

9.      Phoenix is a foreign insurance company organized under the laws of the State of Connecticut, with its principal place of business located in the State of Connecticut.  At all material times hereto, Phoenix has transacted business in the State of Washington.   For purposes of diversity, Phoenix is a citizen of the State of Connecticut.

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

### III. AMOUNT IN CONTROVERSY

10.     In its Complaint, Arch alleges that it is entitled to contribution from Defendants in relation to expenses and defense costs which Arch allegedly incurred to defend the parties' mutual insured, Graham Contracting, LTD. ("Graham"), in an underlying lawsuit titled *6th and Denny, LLC v. Graham Contracting, Ltd.,* King County Superior Court, Cause No. 14-2-12793-6 SEA (the "Underlying Lawsuit").

11.     Specifically, Arch seeks no less than $26,856.08 from Travelers pursuant to one set of insurance policies issued by Travelers. Arch also seeks an additional $26,856.08 from Travelers under a separate set of insurance policies that were issued by Travelers. In total, Arch seeks not less than $53,712.16 from Travelers.

12.     In addition, Arch seeks no less than $34,335.13 in contribution from Liberty Mutual, American Fire, and/or American States pursuant to a set of insurance policies issued by one or more of these entities.

13.     Arch also seeks an unspecified amount in contribution from Liberty Mutual and/or American Fire pursuant to another set of insurance policies issued by one or more of these entities.

14.     As a result, Arch seeks recovery of not less than $88,047.29 in this action.

15.     The jurisdictional minimum for diversity jurisdiction may be satisfied by claims of general and specific damages, by attorney's fees, and by punitive damages. *Kroske v. U.S. Bank Corp.*, 432 F.3d 976, 980 (9th Cir. 2005); *Gibson v. Chrysler Corp.*, 261 F.3d 927, 946 (9th Cir. 2001); *Galt v. Scandinavia*, 142 F.3d 1150, 1155 – 56 (9th Cir. 1998).

16.     Based on the alleged damages set forth above, the amount in controversy in this matter is in excess of the $75,000 jurisdictional limitation.

Lether & Associates PLLC
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444 F: (206) 467-5544

1

## IV. JURISDICTION

2   17.   For purposes of determining jurisdiction under 28 U.S.C. § 1332, Plaintiff Arch is a

3   citizen of the States of Missouri and New Jersey. None of the Defendants are citizens of either

4   of these States. American Fire is a citizen of the States of New Hampshire and Massachusetts,

5   Liberty Mutual is a citizen of the State of Massachusetts, American States is a citizen of the

6   States of Indiana and Massachusetts, TIC is a citizen of the State of Connecticut, TICOC is a

7   citizen of the State of Connecticut, TCICA is a citizen of the State of Connecticut, and Phoenix

8   is a citizen of the State of Connecticut. There are no other parties to this action. Complete

9   diversity therefore exists as Plaintiff Arch does not have the same State citizenship as any of

10  the Defendants.

11  18.   The amount in controversy exceeds $75,000, excluding interests and costs.

12  19.   This Court, therefore, has jurisdiction over this controversy under 28 U.S.C.

13  § 1332 and 28 U.S.C. § 1441.

14  ## V. TIMELINESS

15  20.   Arch filed the Complaint on February 13, 2018. Travelers received the

16  Complaint not earlier than February 16, 2018. This Notice of Removal, filed on

17  March 15, 2018, is therefore timely under 28 U.S.C. § 1446.

18  ## VI. CONSENT OF THE OTHER DEFENDANTS

19  21.   No Defendant other than Travelers has appeared in the State Court proceeding

20  from which this lawsuit is being removed. There are also no declarations of service in the State

21  Court docket showing that any Defendant other than Travelers has been served. As a result, it is

22  unnecessary for Travelers to obtain consent for removal from the other Defendants.

23  *See* 28 U.S.C. § 1446(b)(2)(A).

TRAVELERS' NOTICE OF REMOVAL – 5

**VII. INTRADISTRICT ASSIGNMENT**

22.     In accordance with LCR 101(e), the intradistrict assignment of this case to the United Stated District Court for the Western District of Washington is governed by LCR 3(d). LCR 3(d) states in pertinent part:

> . . . Cases removed from state court will be initially assigned to the Seattle Division or Tacoma Division according to the county where the action is pending.

23.     Based upon the filing of the State Court action in King County, the appropriate assignment upon removal is to the Seattle Division.

**VIII. COPIES OF PROCESS, PLEADINGS,
ORDERS, AND MOTIONS IN STATE
COURT PROCEEDINGS**

24.     In accordance with 28 U.S.C. §1446, attached to this notice as **Exhibits A through E** are true and correct copies of the Summons, Complaint, Case Information Cover Sheet and Notice of Appearance for Travelers.  This is the entirety of filings in the King County State Court action to date. These documents include:

A.     Complaint;

B.     Case Schedule;

C.     Case Information Cover Sheet;

D.     Acceptance of Service;

E.     Notice of Appearance for Travelers.

25.     Notice of this removal will be filed with the Clerk of the King County Superior Court and will be given to all other parties, in accordance with 28 U.S.C. § 1446.

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1     DATED this 15th day of March, 2018.

2                             LETHER & ASSOCIATES, PLLC

3                             */s/ Thomas Lether*
                            Thomas Lether, WSBA #18089

4                             Kyle Silk-Eglit, WSBA #43177
                            1848 Westlake Avenue N, Suite 100

5                             Seattle, WA 98109
                            P:  (206) 467-5444/F: (206) 467-5544

6                             tlether@letherlaw.com
                            ksilkeglit@letherlaw.com

7                             *Attorneys for Defendants Travelers Indemnity*
                            *Company, Travelers Indemnity Company of*

8                             *Connecticut, Travelers Casualty Insurance*
                            *Company of America, and The Phoenix*

9                             *Insurance Company*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Lether & Associates PLLC
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444  F: (206) 467-5544

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

Christopher Carson
732 N.W 19th Ave
Portland, Oregon 97209-1302
ccarson@kilmerlaw.com
*Attorney for Plaintiff*

**By:**    ☒ **First Class Mail**        ☒ **E-mail**        ☐ **Legal Messenger**

Dated this March 15, 2018 at Seattle, Washington.

*/s/ Lina Wiese* _____
Lina Wiese  | Paralegal

TRAVELERS' NOTICE OF REMOVAL – 8

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544