**Christopher T. Carson, WSBA # 14912**  **Honorable Richard A. Jones**
ccarson@kilmerlaw.com
KILMER, VOORHEES & LAURICK, P.C.
732 N.W. 19th Avenue
Portland, Oregon 97209-1302
Telephone: (503) 224-0055
Fax: (503) 222-5290

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARCH INSURANCE COMPANY,

                 Plaintiff,

    vs.

TRAVELERS INDEMNITY COMPANY,
a Connecticut corporation; TRAVELERS
INDEMNITY COMPANY OF
CONNECTICUT, a Connecticut corporation;
TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA, a Connecticut
corporation; PHOENIX INSURANCE
COMPANY, a Connecticut corporation;
AMERICAN STATES INSURANCE
COMPANY, an Indiana corporation;
AMERICAN FIRE AND CASUALTY
COMPANY, a New Hampshire corporation;
and LIBERTY MUTUAL INSURANCE
COMPANY, a Massachusetts corporation,

                 Defendants.

**Case No. 2:18-cv-00393-RAJ**

**PLAINTIFF'S NOTICE OF
VOLUNTARY DISMISSAL OF ALL
CLAIMS WITH PREJUDICE**

TO THE COURT, ALL PARTIES AND THEIR COUNSEL:

/ / /

/ / /

/ / /

/ / /

KILMER VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · Fax (503) 222-5290

1        Please take notice that pursuant to Fed. R. Civ. P. 41(a), Plaintiff voluntarily dismisses

2   this action as to all claims asserted against all Defendants.  Such dismissal shall be with

3   prejudice, with each party to bear its own costs and fees.

4        DATED this 12th day of June, 2018.

5                                        KILMER VOORHEES & LAURICK, P.C.

6

7                                        _____/s/ Christopher T. Carson_____
                                         Christopher T. Carson, WSBA # 14912
8                                        ccarson@kilmerlaw.com
                                         Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 –   PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
            OF ALL CLAIMS WITH PREJUDICE
Case No. 2:18-cv-00393-RAJ

KILMER VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON  97209-1302
(503) 224-0055 · Fax (503) 222-5290

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2018, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Thomas Lether
Kyle Silk-Eglit
Lether & Associates, PLLC
1848 Westlake Avenue N., Suite 100
Seattle, WA  98109
tlether@letherlaw.com
ksilkeglit@letherlaw.com
    Attorneys for Defendant Travelers
    Indemnity Company, Travelers Indemnity
    Company of Connecticut, Travelers
    Casualty Insurance Company of America,
    and The Phoenix Insurance Company


_____ */s/ Christopher T. Carson*_____
Christopher T. Carson, WSBA # 14912
ccarson@kilmerlaw.com
Attorneys for Plaintiff

I:\10737\0001\Pleadings\Notice of Dismissal.docx

KILMER VOORHEES & LAURICK,P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · Fax (503) 222-5290